**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ERIC MOORE,<br>　　　　Plaintiff,<br><br>vs.<br><br>NAVY FEDERAL CREDIT UNION,<br>　　　　Defendants. | CIVIL ACTION FILE<br><br>NO. 1:23-cv-04918-SEG |

## J U D G M E N T

This action having come before the court, Honorable Sarah E. Geraghty, United States District Judge, for consideration of the Magistrate Judge's report and recommendation and the Court having adopted the same, it is

**Ordered and Adjudged** that the action be **DISMISSED WITH PREJUDICE**.

Dated at Atlanta, Georgia, this 31st day of October, 2024.

　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By:　s/ A. Edwards
　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
October 31, 2024
Kevin P. Weimer
Clerk of Court

By:　s/ A. Edwards
　　　Deputy Clerk